# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN K. EWING, ) | |
| Plaintiff, ) | Case No. 2:11-cv-00905-GMN-CWH |
| vs. ) | **ORDER** |
| JP MORGAN CHASE BANK, N.A., *et al*, ) | |
| Defendants. ) | |

This matter is before the Court on the parties' Joint Motion to Extend Time (#30), filed June 29, 2012. The Court has reviewed the joint motion and agrees that the identified scheduling deadlines should be extended. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Extend Time (#30) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines in the current scheduling plan and discovery order shall be extended as follows:

 A. Discovery shall be completed on or before **October 10, 2012**.

 B. Motions to amend or to add parties shall be filed and served on or before **July 10, 2012**.

 C. Expert Disclosures in compliance with Fed. R. Civ. P. 26(a)(2)(C) shall be made on or before **August 24, 2012**.

 D. Disclosures regarding rebuttal experts shall be made no later than **September 18, 2012**.

 E. The parties shall file an interim status report on or before **August 1, 2012**.

 F. Dispositive motions shall be filed on or before **November 9, 2012**.

**IT IS FURTHER ORDERED** that any extension of the discovery deadline will not be allowed without a showing of good cause as to why all discovery was not completed within the time allotted. All motions or stipulations to extend discovery shall be received by the Court at least

**twenty-one (21) days** prior to the date fixed for completion of discovery or at least **twenty-one (21) days** prior to the expiration of any extension thereof that may have been approved by the Court. The motion or stipulation shall include:

    a.    A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

    b.    A specific description of the discovery which remains to be completed;

    c.    The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and,

    d.    A proposed schedule for the completion of all remaining discovery.

**IT IS FURTHER ORDERED** that if no dispositive motions have been filed within the time frame specified in this Order, then the parties shall file a written, joint proposed Pretrial Order by **December 10, 2012**. If dispositive motions are filed, then the parties shall file a written, joint proposed Pretrial Order within 30 days of the date the Court enters a ruling on said dispositive motions.

DATED this 9th day of July, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**